FILED

05/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0577

_____

THE FRIENDS OF LAKE FIVE, INC.,
and WARD E. "MICK" TALEFF,

      Petitioners and Appellees,

   v.

FLATHEAD COUNTY COMMISSION;
FLATHEAD COUNTY, MONTANA;

      Respondent and Appellee,

   and

SUSAN DIETZ, Individually and Trustee of G&M
TRUST,

      Respondent and Appellant.

_____

O R D E R

Upon unopposed motion from the Appellee, The Friends of Lake Five, Inc., the deadline for Appellees to file responsive briefs is hereby extended retroactively to May 17, 2023, and the brief submitted on that date is accepted for filing.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 19 2023